UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA O. MUNGAYAKA, | CASE NO. 2:24-cv-03722 CAS-PVC |
| Plaintiff, | |
| v. | ORDER FOR AWARD OF EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS PURSUANT TO 28 U.S.C. §2412(d) |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records and proceedings in this matter, it is hereby

**ORDERED** that Plaintiff is awarded attorney fees in the total amount of **$4,036** and costs in the amount of **$405** as authorized by 28 U.S.C. § 2412.

Dated: January 7, 2025

HONORABLE PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE